# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

April 18, 2001

*Before*

Hon.  FRANK H. EASTERBROOK, *Circuit Judge*

Hon.  DIANE P. WOOD, *Circuit Judge*

Hon.  ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| GEORGE WATTS & SON, INCORPORATED, Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of |
| No. 00-3231                    v. | ] Wisconsin.<br>] |
| TIFFANY AND COMPANY, Defendant-Appellee. | ] No. 99 C 1217<br>]<br>] Thomas J. Curran,<br>]        Judge. |

The concurrence to the opinion of this court issued on April 16, 2001, is corrected as follows:

> Pg. 7, 1st full para., 3rd sent.  Change "Watts's" to "Watts'".
>
> Pg. 8, n.1.  Change "*Koveleskie v. SBC Capital Mkts., Inc.*, 167 F.3d 361 (7th Cir. 1999)" to "*Koveleskie v. SBC Capital Mkts., Inc.*, 167 F.3d 361 (7th Cir.)".
>
> Pg. 9, 1st full para., 2nd sent.  Change "contract, see *id*. at 466 (emphasis added), we must treat the contract as one between the parties.  *Id*. at 467." to "contract, we must treat the contract as one between the parties.  *Id*. at 466-67."
>
> Pg. 9, 1st full para., 3rd sent.  Change "That rationale stands contrary" to "That rationale, if anything, stands contrary".  Change "he acts outside the scope of his authority" to "she acts outside the scope of her authority".
>
> Pg. 9, 1st full para., 4th sent.  Change "When an arbitrator is interpreting statutory law, she" to "When a claim arises under specific statutory law, the arbitrator".

Change "See *Montes*, 128 F.3d at 1459" to "See *Montes*, 128 F.3d at 1459 (citing *Gilmer v. Interstate/Johnson Lane Corp.*, 500 U.S. 20, 26 (1991))". Pg. 10, 1st full sent. Delete "And if not interpreting the parties' contract, the arbitrator is bound by the clear and explicit commands of the law, unless the parties indicate otherwise."